IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRY LEE MARSHALL, III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5110

Opinion filed December 9, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Terry Lee Marshall, III, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The court recently granted a petition for belated appeal filed by petitioner's trial counsel in case number 1D14-3137, and a belated appeal of petitioner's judgment and sentence is currently progressing in case number 1D14-4978. Accordingly, the petition for belated appeal is DISMISSED.

VAN NORTWICK, ROWE, and MAKAR, JJ., CONCUR.